# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAHMOAD ABDAH, et al.,

          Petitioners,

        v.

BARACK H. OBAMA, et al.,

          Respondents.

Civil Action 04-01254  (HHK)

## ORDER

Before the court is respondents' "motion for leave to amend factual returns for ISNs 032, 037, and 041 to include additional declarations and newly discovered inculpatory evidence" [#475].  Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that the motion should be granted.

Accordingly, it is this 11th day of May 2009, hereby

**ORDERED** that respondents' motion for leave to amend factual returns for ISNs 032, 037, and 041 [#475] is GRANTED.  The factual returns for ISNs 032, 037, and 041 are hereby amended to include the exhibits as set forth in Exhibit A to respondents' motion, copies of which are included in the classified supplement to respondents' motion.

         Henry H. Kennedy, Jr.
         United States District Judge